UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO COVARRUBIS, | No. 2:20-cv-1193 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| DEUEL VOCATIONAL INSTITUTION, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 28, 2021, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 10.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

1

1   ORDERED that:

2          1.  The findings and recommendations issued June 28, 2021 (ECF No. 10), are

3   ADOPTED in full, and

4          2.  This action is DISMISSED without prejudice.  See Local Rule 110; Fed. R. Civ. P.

5   41(b).

6

7

8   DATED:  July 29, 2021                          /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
9                                                  UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28